### 7365

#### WHALEY v. ATLANTIC COAST LINE R. R. CO.

CARRIER—FREIGHT.—A CONSIGNEE has no cause of action against a carrier for failure to deliver goods consigned for sale by him as agent of the consignor, the title being in the consignor.

Before DEVORE, J., Charleston, April, 1909. Affirmed.

Action by T. W. Whaley against the Atlantic Coast Line R. R. Co. From order of nonsuit, plaintiff appeals.

*Messrs. Legare, Holman & Baker,* for appellant, cite: 50 Ala., 350; 22 L. R. A., 429; 19 S. C., 353.

*Mr. W. Huger FitzSimons,* contra, cites : Code of Proc., 132, 134; 15 Ency. P. & P., 468, 484, 499, 500, 504, 707, 710, 712; Hutch. Car., secs. 1304, 1320; 8 How., 429; 43 S. C., 461; 79 S. C., 158; 14 S. C., 112.

November 9, 1909.   The opinion of the Court was delivered by

MR. JUSTICE HYDRICK.   A consignee has no cause of action against a carrier for failure to deliver goods consigned for sale by him as agent of the consignor, the title being in the consignor.   *Parker* v. *Jacobs,* 14 S. C., 112; *Hill* v. *R. R. Co.,* 43 S. C., 461, 22 S. E., 337; *Matheson* v. *Ry.,* 79 S. C., 155, 60 S. E., 437.

Judgment affirmed.